United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AQUIOR ALFONSO FIGUEROA, JR.,

    Petitioner,

    v.

TOM VIRGA, Acting Warden,

    Respondent.
_____/

No. C 11-1072 PJH

**ORDER RE RECORD**

    Petitioner Aquior Alfonso Figueroa, Jr. ("Figueroa") a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter is now fully briefed. It has come to the court's attention that in the record it filed May 31, 2011, respondent included only its opposition brief on direct appeal before the California Court of Appeal. Respondent appears to have inadvertently failed to include copies of petitioner's briefs on direct appeal before the California Court of Appeal and the California Supreme Court. The record in federal habeas cases typically includes, at a minimum, a full set of the parties' briefs on direct appeal before the California Court of Appeal and the petition for review before the California Supreme Court.

    Because the court finds that petitioner's briefs filed with the California appellate courts are helpful and important to its resolution of the case, respondent is ordered to supplement the record with those briefs **no later than Friday, July 6, 2012.**

**IT IS SO ORDERED.**

Dated:   June 25, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge