UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AQUIOR ALFONSO FIGUEROA,

    Petitioner,

  v.

TIM VIRGA, Warden,

    Respondent.
_____/

No. C 11-1072 PJH

**JUDGMENT**

The court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: July 23, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge